UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KANNUU PTY LTD.,

                Plaintiff,

– against –

SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.

                Defendants.

**ORDER**

19 Civ. 4297 (ER)

RAMOS, D.J.:

        On October 22, 2020, Non-party Netflix, Inc. ("Netflix") filed a motion to quash Plaintiff's third-party subpoenas for documents and testimony. Doc. 58. The Court accepts the motion to quash and directs Plaintiff to submit any opposition by November 13, 2020, and Netflix to submit its reply by November 20, 2020. The parties are directed to appear for a telephonic hearing regarding the motion on November 24, 2020 at 11:00 am. The parties shall call the Court at (877) 411-9748 at that time and use access code 3029857#.

SO ORDERED.

Dated:   October 23, 2020
             New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.