**SLARSKEY LLC** / 420 Lexington Avenue / Suite 2525 / New York, NY 10170

MEMO ENDORSED

Renee B. Bea
(646) 893-1700
rbea@slarskey.com

November 13, 2020

<u>**VIA CM/ECF FILING**</u>

Hon. Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007
Tel (212) 805-0294

Re:  *Kannuu Pty Ltd. v. Samsung Electronics Co., Ltd. et al.,* 1:19-cv-04297-ER

Dear Judge Ramos,

I represent non-party Netflix, Inc. ("Netflix") in connection with its Motion to Quash Subpoenas served on it pursuant to FRCP 45 by Plaintiff Kannuu Pty Ltd. ("Kannuu") (Dkt. 58), filed October 22, 2020. The Motion to Quash is scheduled for argument on November 24, 2020 at 10:00 AM (Dkt. 60 *and* Rescheduling Order (Nov. 2, 2020).).

Pursuant to Section 1.E of Your Honor's Individual Practices, Netflix submits this Letter Motion to withdraw the Motion to Quash, without prejudice, and requests the Court remove from its calendar the hearing on Netflix's Motion and terminate Netflix as a movant/non-party to the action.

The basis for this Letter Motion is that Netflix and Kannuu have resolved their dispute concerning the subpoenas, with Kannuu agreeing to withdraw its subpoenas for documents and testimony, without prejudice, and Netflix agreeing in return to withdraw its Motion, without prejudice. Counsel for Kannuu consents to Netflix's request to Withdraw the Motion to Quash.

No previous requests have been made for the relief requested herein, nor have any requests been granted or denied.

Thank you for your attention to this matter.

Respectfully submitted,

SLARSKEY LLC                                  PROGRESS LLP

/s/ Renee B. Bea                                 /s/ Perry Goldberg

> Netflix's request is granted.  The November 24, 2020 hearing is hereby adjourned.  The Clerk of Court is respectfully directed to terminate the motions.  Docs. 58 and 70.
>
> So ordered.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __11/13/2020__
> New York, New York