UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KANNUU PTY LTD.,

                        Plaintiff,

      v.

SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,

                        Defendants.

**ORDER**

19 Civ. 4297 (ER)

RAMOS, D.J.

       Kannuu Pty Ltd. ("Kannuu") brought this action against Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc on May 10, 2019.  Doc. 1.  Kannuu filed an amended Complaint on October 1, 2019.  Doc. 29.  On October 23, 2020, Defendants submitted a motion to stay litigation pending inter partes review ("IPRs") of two patents involved in this case.  Doc. 61.  On January 19, 2021, the Court stayed proceedings.  Doc. 93.  On September 24, 2021, Defendants filed a status report notifying the court that the IPRs had concluded and requesting that the stay remain in place until final resolution of the IPRs and recent ex parte reexamanation proceedings ("EPRs") of three additional patents involved in the case.  Doc. 99.  The same day, Kannuu filed its own status report regarding conclusion of the IPRs and requesting that the stay be lifted as to the breach of contract claim.  Doc. 100.  The Court held a telephonic conference on the matter on October 19, 2021 at which Kannuu indicated that it was open to mediation.  Counsel for Samsung requested an opportunity to confer with its client concerning the prospect of mediation.  On October 20, 2021, Defendants submitted a letter indicating their consent to private mediation within 90 days.  Doc. 103.  Therefore, the parties are directed to move forward with mediation and submit a joint status report at the close of mediation.  The stay will remain in

place.

    It is SO ORDERED.

Dated: October 20, 2021
       New York, New York

                                              Edgardo Ramos, U.S.D.J.