UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KANNUU PTY LTD.,

                Plaintiff,

– *against* –

SAMSUNG ELECTRONICS CO., LTD., and
SAMSUNG ELECTRONICS AMERICA, INC.,

                Defendants.

**ORDER**

19 Civ. 4297 (ER)

RAMOS, D.J.:

    On January 19, 2021, the Court issued an opinion that, among other things, granted Samsung's motion to stay this case pending proceedings before the Patent Trial and Appeal Board. Doc. 93 at 14–22. As discussed in the parties' joint status report, Doc. 116, and at today's conference, those proceedings have concluded.

    Accordingly, the stay entered in this case is lifted. Kannuu shall file its motion to amend or supplement the complaint by September 4, 2024. Samsung shall respond (and file any cross motion to dismiss) by September 25, 2024. Kannuu shall reply (and respond to any cross motion) by October 9, 2024. Samsung shall file a final reply concerning any cross motion by October 16, 2024.

It is SO ORDERED.

Dated:   August 14, 2024
            New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.